## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PAMELA JORDAN,                   ) | |
|                      ) | |
|           Plaintiff,     ) | |
|                      ) | |
| v.                            ) | Case No. CIV-20-487-D |
|                      ) | |
| GREAT AMERICAN SECURITY    ) | |
| INSURANCE COMPANY,        ) | |
|                      ) | |
|           Defendant.    ) | |

## ORDER

Following removal of this case from state court, Defendant moved to dismiss Plaintiff's Petition.  [Doc. No. 5].  During the pendency of the motion, Plaintiff filed an Amended Complaint [Doc. No. 12].  This Amended Complaint supersedes Plaintiff's original pleading and renders it of no legal effect.  *See Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991); *Predator Int'l, Inc. v. Gamo Outdoor USA, Inc.*, 793 F.3d 1177, 1180–81 (10th Cir. 2015); *Mink v. Suthers*, 482 F.3d 1244, 1254 (10th Cir. 2007).  Thus, Defendant's motion directed at the Petition is moot.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Dismiss [Doc. No. 5] is **DENIED** as moot, without prejudice to refiling a motion directed at the Amended Complaint.

**IT IS SO ORDERED** this 23rd day of June 2020.

TIMOTHY D. DeGIUSTI
Chief United States District Judge